**Ronald Lee FOX, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44755.**

Missouri Court of Appeals,
Western District.

Oct. 22, 1991.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and SPINDEN, JJ.

### ORDER

**PER CURIAM**

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**In re the Marriage of Eva OAKLEY, Respondent,**

v.

**Clifford L. OAKLEY, Appellant.**

**No. WD 43417.**

Missouri Court of Appeals,
Western District.

Oct. 22, 1991.

Dennis J.C. Owens, Kansas City, for appellant.

Michael E. Curley, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

**PER CURIAM:**

Husband appeals the economic portions of dissolution decree including the award of $600 per month for maintenance to wife and the division of marital property. He also appeals the joint custody award of the parties' seven-year-old daughter.

Judgment affirmed. Rule 84.16(b).